

| | |
|---|---|
| LAURANCE VAN TASSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV413-093 |
| ) | |
| DOES 1-10, inclusive; and ) | |
| SOURCE RECEIVABLE MANAGEMENT, ) | |
| LLC; ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the parties' Stipulated Dismissal With Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **27th** day of January 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA